

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2019

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    **United States v. Miguel Araujo,**
            **13 Cr. 811 (ALC)**

Dear Judge Carter:

       The Government writes in response to the defendant's letter, dated August 15, 2019, requesting the early termination of the defendant's five-year term of probation, imposed on August 14, 2015. As the Government previously indicated by email dated September 12, 2019, the Government takes no position with respect to the defendant's application, and defers to the United States Probation Office.

                       Respectfully submitted,

                       GEOFFREY S. BERMAN
                       Acting United States Attorney

By: _s/_____
                       Hagan Scotten
                       David W. Denton Jr.
                       Assistant United States Attorneys
                       (212) 637-2410/2744

cc: Lloyd Epstein, Esq. (by ECF)

1